UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :     17cr00162 (DLC)
                                          :
            -v-                           :     UNSEALING ORDER
                                          :
ABDIL SAEZ,                               :
                                          :
                  Defendant.              :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

    With consent of the parties in this case, it is hereby

    ORDERED that sealed envelopes 2-11 and 13-19 filed with the Clerk of Court shall be unsealed.

    SO ORDERED:

Dated:   New York, New York
         February 15, 2022

                                    _____
                                            DENISE COTE
                                    United States District Judge