UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| - v. - | :  **SEALED ORDER** |
| ABDIL SAEZ,  a/k/a "Chino,"  a/k/a "Little Joe," | :  17 Cr. 162 (DLC) |
| Defendant. | : |

- - - - - - - - - - - - - - - - -x

WHEREAS, an application has been made by the United States of America for the sealing of filings and other docket entries in the above-captioned case, and the captioning of the case as *United States v. John Doe* in the public docket; and

WHEREAS, the Court finds that the defendant's safety will be placed at risk and active law enforcement investigations may be compromised if the Government's application is not granted;

IT IS HEREBY ORDERED that filings and other docket entries in the above-captioned case be filed under seal until further order of the Court, and the cases shall be captioned as *United States* v. *John Doe* in the public docket.

SO ORDERED:

Dated:   New York, New York
         March 23, 2017

_____
THE HONORABLE DENISE L. COTE
UNITED STATES DISTRICT JUDGE