UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

v.

John Doe,

               Defendant.

**Sealed**

**Order to Wheel Out Sealed Case**

**Docket No. 17 Cr. 162**

      Upon the application of the United States by Joon H. Kim, Acting United States Attorney for the Southern District of New York, Assistant United States Attorney Jessica Lonerga, of counsel, the Court hereby finds that:

      At the time of its return, the indictment in this matter was ordered, pursuant to Federal Rule of Criminal Procedure 6(e)(4), to be kept secret until the defendant is in custody or has been released pending trial. As a result this case has not yet been assigned to a United States District Judge. *See* Rule 6 of the Local Rules for the Division of Business Among District Judges. The defendant is currently in state custody and will be arrested on or about March 23, 2017, following which he will be arraigned on the indictment. However, for the reasons set forth in the Government's Application, this case should remain sealed until it can be acted upon by the District Judge to whom it will be assigned. Accordingly, it is hereby

      ORDERED that this case be "wheeled out" and assigned to a United States District Judge without being unsealed, under the name *United States v. John Doe*, Docket No. 17 Cr. 162, for such further proceedings as that Judge may direct; and it is further

ORDERED that this Order and the Application upon which it was made be and remain sealed pending further order of the Court.

Dated: New York, New York
       March 23, 2017

> HONORABLE HENRY B. PITMAN
> UNITED STATES MAGISTRATE JUDGE
> SOUTHERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JOHN DOE

Defendant.

**SEALED ORDER**

17 Cr. 162

JOON H. KIM
Acting United States Attorney.