```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x
                                       :
UNITED STATES OF AMERICA               :
                                       :
         - v. -                        :    ORDER
                                       :
JOHN DOE,                              :    17 Cr. 162 (DLC)
                                       :
              Defendant.               :
- - - - - - - - - - - - - - - - - - - x
```

Upon the application of the United States, by the Acting United States Attorney for the Southern District of New York, Joon H. Kim, by Assistant United States Attorneys Jessica Lonergan and Jessica Fender;

It is found that the Indictment in the above-captioned action, 17 Cr. 162 (DLC), is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed solely for the purpose of the defendant's presentment in the Eastern District of California, it is therefore

ORDERED that the Indictment, 17 Cr. 162 (DLC), in the above-captioned action be unsealed solely for the purpose of the defendant's presentment in the Eastern District of California. The Indictment, 17 Cr. 162 (DLC), otherwise remains under seal.

Dated:   New York, New York
         March 24, 2017

                                    _____
                                    THE HONORABLE DENISE L. COTE
                                    UNITED STATES DISTRICT JUDGE