```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :    17cr00162 (DLC)
                                          :
         -v-                              :    SEALED ORDER
                                          :
JOHN DOE,                                 :
                                          :
                    Defendant.            :
                                          :
------------------------------------------X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that any written Voir Dire requests, Requests to Charge or Trial Memorandum, shall be filed by **noon** on **December 18, 2017**. Two courtesy copies shall be delivered to Chambers on the same day.

IT IS FURTHER ORDERED that the final pretrial conference is scheduled for **December 19** at **2 p.m.** in Courtroom 15B, 500 Pearl Street.

The Court's Individual Rules of Trial Practice in Criminal Cases are enclosed.

Dated:   New York, New York
         November 27, 2017

_____
DENISE COTE
United States District Judge